No. 14–5001/AR. U.S. v. Joshua R. Sickels. CCA 20110110. Appellant's motion for leave to file a joint appendix is granted.

Tuesday, November 19, 2013

No. 14–0141/AF. U.S. v. Daniel G. Chappell. CCA S32027. Review granted on the following issue:

> WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS NOT PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10

U.S.C. § 866(c)(2006). [See also ORDERS GRANTING PETITION FOR RE-VIEW this date.]

No. 14–0029/AR. U.S. v. Ronald J. Davis. CCA 20100815. Review granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT THE MILITARY JUDGE'S FAILURE TO INSTRUCT ON THE AFFIRMATIVE DEFENSE OF DEFENSE OF PROPERTY WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 14–0141/AF. U.S. v. Daniel G. Chappell. CCA S32027. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0172/AR. U.S. v. Daniel M. McGinn. CCA 20100962. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 4, 2013.

No. 14–0180/AF. U.S. v. Jeremy R. Lyson. CCA 38067. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0181/AR. U.S. v. Arron M. Hammack. CCA 20101007. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0182/AR. U.S. v. Jose E. Armstrong. CCA 20121190. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0183/AF. U.S. v. Desmond L. Gill. CCA S32128. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.